CHARLES ROSENBERG, Respondent, *v.* ARKELL R. MCMICHAEL, Appellant.

APPEAL by the defendant from a judgment in favor of the plaintiff, rendered in the Municipal Court, first district, borough of Manhattan.

Leventritt & Brennan, for appellant.

Arthur Furber, for respondent.

*Per Curiam.* The jurisdiction of the court below appearing neither by averment nor by evidence in the return, the judgment must be reversed. Frees v. Ford, 6 N. Y. 176; Gilbert v. York, 111 id. 544.

Present: FREEDMAN, P. J., and MACLEAN, J.

Judgment reversed and new trial ordered, with costs to appellant to abide event.